# EXHIBIT A

**SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS**

-----------------------------------------------------------------x
WEDGEWOOD HALL OWNERS, INC.,

                Plaintiff,                Index No:

    - against -                        Date Filed:

ASPEN AMERICAN INSURANCE COMPANY,      **SUMMONS
<u>WITH NOTICE</u>**

                Defendant.
-----------------------------------------------------------------x

**TO THE ABOVE NAMED DEFENDANTS:**

**YOU ARE HEREBY SUMMONED** to and required to serve upon plaintiffs' attorney at the address stated below, a notice of appearance or demand for complaint. If this summons was personally delivered upon you within the State of New York, the notice or demand must be served within twenty (20) days after the service of this summons, exclusive of the date of service. If this summons was not personally delivered upon you within the State of New York, the notice or demand must be served within thirty (30)

NOTICE: The nature of this action involves insurance coverage, indemnification, fraud and fraud in the inducement, breach of contract, negligent misrepresentation, breach of fiduciary duties, and declaratory judgment, in connection with certain insurance policies and agreements between the parties.

In case of your failure to serve a notice of appearance or demand for a complaint judgment within the applicable time limitation stated above, a judgment will be taken against you by default for at least $2,000,000.00 the precise amount to be determined at inquest.

Plaintiff designates Kings County as the venue for trial. The basis for venue is that defendants are located in Kings County and substantial portions of the subject transaction took place in Kings County.

Dated: September 2, 2020
       New York, New York

                                        LAW OFFICE OF JEFFREY FLEISCHMANN PC
                                        By: <u>/s/ Jeffrey Fleischmann</u>
                                              Jeffrey Fleischmann, Esq.
                                        *Attorneys for Plaintiff*

150 Broadway, Suite 900
New York, New York 10038
Tel. (646) 657-9623
Fax (646) 351-0694
jf@lawjf.com

2