# EXHIBIT C

(0/11/9

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-------------------------------------------------------------------X
DASHAWN MORRIS,

                 Plaintiff,                        Judgment

              -against -                  Index No. 502034/2018

WEDGEWOOD HALL OWNERS, INC., JANLEN
MANAGEMENT CO. and JALEN REAL
ESTATE CORP.,
                 Defendants.
-------------------------------------------------------------------X

       The Plaintiff, DASHAWN MORRIS, having obtained a judgment by default

against WEDGEWOOD HALL OWNERS, INC., JANLEN MANAGEMENT CO. and

JALEN REAL ESTATE CORP. on July 10, 2018, and Plaintiff, DASHAWN MORRIS,

having appeared for inquest before the Hon. Lawrence S. Knipel, JSC on the 8th day of

January, 2019 and Plaintiff having submitted proofs thereon and after due deliberation

by the Court herein;

       NOW, upon motion of THE POST LAW FIRM, PLLC, attorneys for the Plaintiff, it
is,

                    248 Grove St. S. I. NY 10302

       ADJUDGED, that the Plaintiff recover of WEDGEWOOD HALL OWNERS, INC.,
JANLEN MANAGEMENT CO. and JALEN REAL ESTATE CORP., as follows:

       For the past, present and future pain and suffering of the Plaintiff, DASHAWN
MORRIS, the sum of four hundred fifty thousand ($450,000.00) dollars;

       Costs as taxed in the sum of seven hundred forty ($740.00) dollars with interest
thereon from the _____ day of JUL 10 , 2018, and that the Plaintiff have
immediate execution therefore. For a total Sum of 450,740.00

10/11/9 - 3901769

ENTER:

Defendants Address
2580 Ocean Pkwy
Bklyn NY 11223

_____
Hon. Lawrence S. Knipel, JSC

HON. LAWRENCE KNIPEL
Administrative Judge

2019 OCT 17 AM 8:51
FILED
KINGS COUNTY CLERK

Nancy T. C—
Clerk

NANCY T. SUNSHINE
Clerk

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-------------------------------------------------------------------X
DASHAWN MORRIS,

                    Plaintiff,                     Bill of Costs

           -against -                  Index No. 502034/2018

WEDGEWOOD HALL OWNERS, INC., JANLEN
MANAGEMENT CO. and JALEN REAL
ESTATE CORP.,
                Defendants.
-------------------------------------------------------------------X
COSTS:

    Costs for all proceedings before note of issue.  CPLR § 8201(1)...............$200.00;

    Costs for all proceedings after note of issue/before trial.  CPLR § 8201(2)...$200.00;

    Costs for inquest or assessment of damages.  CPLR § 8201(3)................$300.00.

DISBURSEMENTS:

    Charges for entering and docketing this judgment.  CPLR § 8301(a)(7)......$40.00;

                                   Total:    $740.00

Taxed at $ 740 00 this 17 day of OCT , 2019

                            Hon. Lawrence S. Knipel, JSC.
                            CLERK
                            NANCY T. SUNSHINE
                            Clerk

2019 OCT 17 AM 8: 57
KINGS COUNTY CLERK
FILED

Case 1:20-cv-04839-LDH-RLM   Document 1-3   Filed 10/08/20   Page 4 of 8 PageID #: 19

SUPREME COURT OF THE STATE OF NEW YORK

COUNTY OF KINGS : CIVIL TERM : PART DJM

- - - - - - - - - - - - - - - - - - - - - -X

DASHAWN MORRIS                          :    INDEX NO.:
                                             502034/2018
                        PLAINTIFF       :

          - against -                   :

WEDGEWOOD HALL OWNERS, INC., JANLEN     :
MANAGEMENT CO. AND JALEN REAL ESTATE    :
CORP.                                   :

                    DEFENDANTS.         :    INQUEST

- - - - - - - - - - - - - - - - - - - - - -X

                        360 ADAMS STREET
                        BROOKLYN, NEW YORK  11201

                        JANUARY 8, 2019


BEFORE:    HONORABLE LAWRENCE KNIPEL,
                             JUSTICE



APPEARANCES:


          THE POST LAW FIRM, PLLC.
               Attorney for Plaintiff
               4 Executive Drive
               Suffern, New York  10901
               BY: CRAIG A. POST, ESQ.



                        JEANMARIE EPISCOPIA
                        SENIOR COURT REPORTER

PROCEEDINGS                                     2

1            THE COURT:   Your appearance?

2            MR. POST:   Good morning, Craig Post from the

3    Post Lawfirm.   4 Executive Boulevard, Suite 204,

4    Suffern, New York 10901 for the plaintiff

5            COURT OFFICER: Do you swear or affirm that the

6    testimony you are about to give will be the truth so

7    help you God?

8            THE WITNESS: Yes.

9            COURT OFFICER:   State your name and address

10   for the record.

11           THE WITNESS:   Dashawn Morris.   241 Benziger,

12   Staten Island, New York.

13           THE COURT:   Counsel, I assume this is a

14   personal injury action?

15           MR. POST:  Correct, Judge.

16           THE COURT:   You are offering into evidence a

17   series of about a dozen photographs of the foot; is that

18   right?

19           MR. POST:   That is correct.

20        -  THE COURT:   Plaintiff's 1 in evidence.

21   Workers' Comp Board files, Plaintiff's 2 in evidence.

22   And Richmond University Medical Records, 3 in evidence.

23           Let me ask your client a couple of questions.

24   If I leave anything out, feel free to ask other

25   questions.

PROCEEDINGS                             3

1          When were you injured, by the way?

2          THE WITNESS:  September 13, 2016.

3          THE COURT:  And was it your foot that was

4     injured?

5          THE WITNESS:  Yes.

6          THE COURT:  And you were in pain at the time

7     of injury, right?

8          THE WITNESS:  Yes.

9          THE COURT:  Any other parts of your body?

10          THE WITNESS:  No.

11          THE COURT:  Did you seek medical attention?

12          THE WITNESS:  Yes.

13          THE COURT:  Where did you go?

14          THE WITNESS:  Richmond University Medical

15     Center.

16          THE COURT:  What did they do for you there?

17          THE WITNESS:  They prescribed painkillers and

18     ointment, but they came in -- one doctor came in and he

19     left and then four more came back because of the

20     severity of my foot.

21          THE COURT:  Did you have to stay overnight?

22          THE WITNESS:  No.

23          THE COURT:  Did you seek medical treatment

24     after that?

25          THE WITNESS:  Yes, by Dr. Habib.

-JME-

|   | PROCEEDINGS                                    4 |
|---|---|
| 1 | THE COURT: What did he do for you? |
| 2 | THE WITNESS: He wanted to do plastic surgery. |
| 3 | THE COURT: Did you have this done? |
| 4 | THE WITNESS: No, I had to get back to work. |
| 5 | THE COURT: Did you have any other medical |
| 6 | treatment after Dr. Habib? |
| 7 | THE WITNESS: No. |
| 8 | THE COURT: Is this the way your foot looks? |
| 9 | When was that taken, how long ago? |
| 10 | THE WITNESS: Yes. |
| 11 | THE COURT: That is the way it still looks |
| 12 | today? |
| 13 | THE WITNESS: Yes. |
| 14 | THE COURT: And tell me about the history of |
| 15 | your pain since the time of the accident? |
| 16 | THE WITNESS: There no feeling there. |
| 17 | THE COURT: Numbness? |
| 18 | THE WITNESS: Yes. |
| 19 | THE COURT: No feeling at all. And are there |
| 20 | things that you used to be able to do, but can't do now |
| 21 | or in a limited fashion? |
| 22 | THE WITNESS: Not really. |
| 23 | THE COURT: Did you lose any time from work? |
| 24 | THE WITNESS: Yes, I was out for six months. |
| 25 | THE COURT: Counsel, anything else? How much |

-JME-

Case 1:20-cv-04839-LDH-RLM Document 1-3 Filed 10/08/20 Page 8 of 8 PageID #: 23

1   are you seeking?

2              MR. POST:  $450,000.

3              THE COURT:  Okay, in light of the significant

4   remaining disfigurement I will grant that.  $450, you

5   got it.  Thank you.

6              *          *          *          *          *

7              CERTIFIED TO BE A TRUE AND ACCURATE

8              TRANSCRIPT OF THE MINUTES TAKEN IN THE

9              ABOVE-CAPTIONED PROCEEDING.

10

11              _____
                JEANMARIE EPISCOPIA
12              SENIOR COURT REPORTER

13

14

15

16

17

18

19

20

21

22

23

24

25